FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02821-BNB

ROBERT R. ROGERS,

      Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director Colorado Dept. of Corrections,
TEGAN HAACK, CAC III, T.C. Program,
TANIA GARCIA, CAC III, Program Manager T.C. Program,
ART DUCHARME, CAC III, T.C. Program Therapist,
DANA M. BUSTOS, M.A. L.P.C. Administrator Alcohol and Drug Services,
JANE DOE #1, Nurse for AVCF, and
JOHN DOE #1, Unknown Dept. of Corr. Employee,

      Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 18, 2009, at Denver, Colorado.

                      BY THE COURT:

                      s/ Boyd N. Boland
                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-02821-BNB

Robert R. Rogers
Reg No. 60905
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/19/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk