IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02821-WYD-MJW

ROBERT R.  ROGERS,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Include Exhibits for T.R.O. (Docket No. 38) is denied.  There is no motion for a temporary restraining order pending.  Plaintiff's "Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction" and "Emergency Motion for Protection Order" were denied by Judge Weinshienk on January 23, 2009 (Docket No. 9).  Furthermore, on February 13, 2009, Judge Weinshienk denied plaintiff's motion for reconsideration of that ruling.  (Docket No. 14).

Date: May 4, 2009