IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02821-WYD-MJW

ROBERT R.  ROGERS,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendant.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Request for Court to Clarify Representation of Defendant Tegan Haack (Docket No. 77) is granted as follows.  No appearance of counsel has been made on behalf of defendant Haack, who has not yet been served.  (See Docket Nos. 26 and 52).  The docket has been modified to delete Mr. Farry as counsel for defendant Haack.  It is further

**ORDERED** that the plaintiff's Motion to Have Defendants and Counsel Cooperate to Provide Court With Location of Defendant Tegean Haack for Service of Complaint (Docket No. 60) is denied.  Upon review of the docket, the court discovered that a new address for defendant Haack was reported on a Process Receipt by the U.S. Marshal.  (Docket No. 52).  The court has contacted the Marshal Service and has ascertained that service will be attempted at that address.

Date: June 26, 2009