IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02821-WYD-MJW

ROBERT R.  ROGERS,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendant.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion for Default Judgement for Courts Order of May 18, 2009 to Respond to Plaintiff"s Motion for Protection Order (Docket No. 68) and plaintiff's Unopposed Motion for Default Judgement on Pending Motions (Docket No. 82) are both denied because defendants have timely filed timely responses to plaintiff's motions.  (See Docket Nos. 73 and 74).  Before filing such motions, plaintiff needs to allow adequate time for defendants' mailed documents to arrive at and make their way through the correctional facility to the plaintiff.

Date: July 2, 2009