IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02821-WYD-MJW

ROBERT R.  ROGERS,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendant.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to Retract Plaintiff Motion to Dismiss Action **(Docket No. 87**) is **granted**, and thus plaintiff's Motion to Dismiss Action **(Docket No. 84) is deemed withdrawn**.

It is further **ORDERED** that on or before August 5, 2009, defendants shall file separate responses to the following three motions: (1) plaintiff's Motion Requsting [sic] that Defendants Be Found in Contempt of Court and to Provide for Monetary Sanctions for Their Actions **(Docket No. 88)**, (2) plaintiff's Motion to Include Affidavit Into Case File **(Docket No. 90)**, and (3) plaintiff's Notice to Court that Defendants Have Failed to Serve Plaintiff with Responses (Docket No 73, 74) and Request for Sanctions **(Docket No. 91)**.

Date: July 14, 2009