IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02821-WYD-MJW

ROBERT R.  ROGERS,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling Conference, DN 113, filed with the Court on August 20, 2009, is DENIED.  However, the Court will convert the Scheduling Conference set on August 21, 2009, at 9:30 a.m., to a Telephonic Status Conference.  The Plaintiff shall initiate a conference call to all parties and contact the court by calling (303) 844-2403 at the scheduled time.

It is FURTHER ORDERED that the Unopposed Motion to Amend Complaint, DN 114, filed with the Court on August 20, 2009, is GRANTED.  The Plaintiff shall have up to and including September 11, 2009, in which to submit their Amended Complaint.

Date:  August 20, 2009