IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02821-WYD-MJW

ROBERT R.  ROGERS,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Withdraw Plaintiff's Emergency Motion for Protection from Defendants (docket no. 127) is GRANTED.  The Plaintiff's Emergency Motion for Protection from Defendants (docket no 43) is WITHDRAWN

Date:  September 30, 2009