IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02821-WYD-MJW

ROBERT R.  ROGERS,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Defendants' Unopposed Motion to Stay Discovery, DN 145, filed with the Court on January 4, 2010, is GRANTED and discovery is stayed until the court has ruled on the immunity issue.

Date:  January 7, 2010