IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02821-WYD-MJW

ROBERT R.  ROGERS,

Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendants' Unopposed Motion to Vacate Settlement Conference (docket no. 154) is GRANTED finding good cause shown.  The Settlement Conference set on February 25, 2010, at 10:00 a.m. is VACATED.  The parties may request that the Settlement Conference be reset upon motion.

Date:  February 5, 2010