IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02821-WYD-MJW

ROBERT R. ROGERS,

    Plaintiff,

v.

TANIA GARCIA, individually and as the Drug and Alcohol Therapeutic Community Coordinator at the Colorado Department of Corrections;
ART DUCHARME, individually and as a contract drug and alcohol therapist with the Colorado Department of Corrections; and
DANA M. BUSTOS, individually and as the Director of Alcohol and Drug Services at the Colorado Department of Corrections.

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Unopposed Motion to Dismiss filed by Plaintiff's counsel on December 17, 2010. The motion asserts that Plaintiff Robert R. Rogers died on or about November 23, 2010, that his claims were personal in nature as they involved alleged violations of Mr. Rogers' civil rights, and that Mr. Rogers' successor and representative directed counsel to file this motion to dismiss the lawsuit and does not oppose same. Further, the motion states that counsel for the Defendants does not oppose the motion. Having carefully considered the motion and file, I find that the motion should be granted and this case dismissed. Accordingly, it is

ORDERED that the Unopposed Motion to Dismiss filed on December 17, 2010 (ECF No. 171) is **GRANTED** and this matter is **DISMISSED**, each party to bear its own attorneys' fees and costs.

Dated: December 28, 2010

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge